RUDOLPH WINTER, Appellant, *v.* PETER DOELGER BREWING COMPANY, INC., Respondent.

*Winter* v. *Doelger Brewing Co.*, 175 App. Div. 796, affirmed.
(Argued March 3, 1919; decided March 21, 1919.)

APPEAL, by permission, from a judgment, entered February 27, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department,

reversing a determination of the Appellate Term which reversed a judgment of the Municipal Court of the city of New York in favor of defendant and affirming said Municipal Court judgment. The action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint was dismissed upon the ground that the plaintiff had a complete remedy under the Workmen's Compensation Law.

Anthony J. Ernest, John J. McBride and Walter A. Swett for appellant.

Frank J. O'Neill for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.